NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOHN T. MINEMYER,**
*Plaintiff-Cross-Appellant,*

**v.**

**R-BOC REPRESENTATIVES, INC., ROBERT LUNDEEN, CAROLYN LUNDEEN, PRECISION CUSTOM MOLDERS, INC., AND EDWARD KRAJECKI,**
*Defendants-Appellants,*

AND

**DURA-LINE CORPORATION AND TIMOTHY A. GRIMSLEY,**
*Defendants-Appellants,*

AND

**SANDRA KRAJECKI, LEBAC PLASTIC MOLD CO., INC., AND RONALD BACKMAN,**
*Defendants.*

---

2012-1532,-1562

---

Appeal from the United States District Court for the Northern District of Illinois in No. 07-CV-1763, Judge Jeffrey N. Cole.

---

**JUDGMENT**

---

DOUGLAS M. CHALMERS, Douglas M. Chalmers, P.C., of Chicago, Illinois, argued for plaintiff-cross appellant.

MATTHEW G. MCANDREWS, Niro, Haller & Niro, of Chicago, Illinois, argued for all defendants-appellants. With him on the brief for defendants-appellants R-Boc Representatives, Inc., et al was FREDERICK C. LANEY. On the brief for defendants-appellants Dura-Line Corporation and Timothy A. Grimsley was NATALIE J. SPEARS, SNR Denton US LLP, of Chicago, Illinois.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, O'MALLEY, and WALLACH, *Circuit Judge*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

July 12, 2013          /s/ Daniel E. O'Toole
     Date                    Daniel E. O'Toole
                                  Clerk